(No. 6059—)

THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed August 30, 1971.*

THE LAWYERS CO-OPERATIVE PUBLISHING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.